# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Jacqueline Brown

*Plaintiff*

*v.*

Sean Featherstun, Trent Page, Victor Koontz, Kevin Jackson, Jeff Bullard, Jason Herzing, John Doe officers

*Defendant(s)*

Case Number: 25-2051-DWD
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here: 1. This action arises under the Constitution of The united States, including 42 u.s.c 1983, to redress the deprivation of rights secured by the ~~Fouth~~ fouth, and Fourteenth Amendment. 2. Jurisdiction is proper under 28 u.s.c. 1331 and 1343. 3. Venue is proper under in this District Pursuant to 28 u.s.c 1391(B), because the events -

**II. PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at 800 South 23rd st, mt. vernon, ILL, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Sean Featherstun (a) (Name of First Defendant) is employed as Chief States Attorney (b) (Position/Title)

with Jefferson County Court House
(c) (Employer's Name and Address)

100 South 10TH St, Mt.Vernon IL, 62864

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:
States Attorney Sean Featherstun, is the chief States Attorney of Jefferson county, And acted under the color of State law

Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C. Defendant Trent Page is employed as
(Name of Second Defendant)

Chief of the mt.Vernon Police DPT
(Position/Title)

with City of Mount Vernon
(Employer's Name and Address)
600 South 27TH st, mt.Vernon IL, 62864

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: Trent Page, is the Chief of the mount Vernon Police Department and acted under color of State law

Check one of the following:

☒ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #3:**

D. Defendant Jeff Bullard is employed as
(Name of Third Defendant)

Sheriff of Jefferson County
(Position/Title)

with Jefferson County Sheriff Department
(Employer's Name and Address)

911 Casey Ave, Mt. Vernon IL, 62864

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? [X] Yes [ ] No

If you answer is YES, briefly explain: Jeff Bullard, is the Sheriff of Jefferson County and acted under Color of State law

Check one of the following:

[X] This defendant **personally participated** in causing my injury, and I want **money damages.**

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

1. Victor Koontz, is a captain at the mt. vernon Police Department and acted under the Color of State law

2. Kevin Jackson, is a Sergeant at the Mount Vernon Police Department and acted under Color of State law

3. Jason Herzing, is a Federal Bureau of investigations agent and acted under Color of Federal law.

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in this federal court?
☐ Yes ☒ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1. Parties to previous lawsuits:

Plaintiff(s):

Defendant(s):

2. Case number:

3. Name of Judge to whom case was assigned:

4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

**V. REQUEST FOR RELIEF** *(check as many boxes as appropriate)*

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 5,000,000.

Punitive damages in the amount of $ 5,000,000.

An ordering requiring defendant(s) to: Pay $5,000,000 in compensatory and punitive damages, Plus Attorney Fees and cost pursuant to 42 U.S.C § 1988

A declaration that: Plaintiff suffered exposure, Illegal eavesdropping, emotional distress reputational harm, Illegal Search

Other:

**VI. JURY DEMAND** *(check one box below)*

Plaintiff ○ does or ● does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 11-03-2025
(date)

Jacqueline M. Brown
Signature of Plaintiff

800 South 23rd st
Street Address

Jacqueline M. Brown
Printed Name

Mt. Vernon IL, 62864
City, State, Zip

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

Jacqueline M.Brown Plaintiff,

Vs.

Sean M. Featherstun,State's Attorney of Jefferson County,Chief Trent Page, Mount Vernon police Department,Victor Koontz,Mount Vernon police Department,Kevin Jackson,Mount Vernon Police Department,Jeff Bullard,Jefferson county sheriff Department,Jason Herzing,Federal Bureau of Investigations,John Doe, Records Officer of the Mount Vernon police department; John Doe, Records Officer of the Jefferson county sheriff department;John Doe,Records officers of the Federal Bureau Of investigations;John Doe,Records officers of United States Marshal services

Center; Defendants.

**COMPLIANT**

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

NO JURY DEMAND

I. JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983, to redress the deprivation of rights secured by the Fourth,and Fourteenth Amendments.

2. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), because the events giving rise to these claims occurred in Jefferson County

Center, both located within the Southern District of Illinois.

II. PARTIES

4. Plaintiff, Jacqueline M.Brown, resides at 800 south 23rd st Mount Vernon, Illinois 62864.

5. Defendant Sean M. Featherstun is the State's Attorney of Jefferson County and acted under color of state law.

6.Trent Page,is the Chief of the Mount Vernon police Department and acted under color of state law.

7.Victor Koontz,is a captain at the Mount Vernon police Department and acted under color of state law.

8.Kevin Jackson,is a Sergeant at the Mount Vernon police department and acted under color of state law.

9.Jeff Bullard,is the sheriff of Jefferson county and acted under color of state law.,

10.Jason Herzing,is a Federal bureau of investigations agent and acted under color of federal law

1. Responsible for Plaintiff's unlawful Eavesdropping inside the plaintiffs home,illegal search seizure,intrusion on plaintiff privacy
2. John Doe are Records Officers of the Mount Vernon police department,Jefferson county sheriff Department ,Federal Bureau of Investigations,and United States Marshals
3. Center who miscalculated and fabricated records.

III. FACTUAL BACKGROUND

- On July 11th,2023 acting as the chief states attorney and under color of law, Defendant Featherstun approved an illegal 24 hour eavesdropping device against the plaintiff son that was worn into the plaintiffs residence by an unregistered and unreliable informant who name is Shannon Maurice Barnes on [July 23,2023] for John Doe, Records officers of the Mount Vernon police Department narcotics unit John Doe, Records officers of the Jefferson county sheriff Department narcotics unit and John Doe,Records officers of the Federal Bureau of Investigation without a judicial approval from a judge this constitutes a violation of the Illinois eavesdropping law 720 ILCS 5/14) Federal eavesdropping Statute under 18 U.S. Code § 2511.
-
- On October 26,2023 acting as the chief states attorney of Jefferson County and under color of law, Defendant Featherstun approved an 24 hour illegal eavesdropping device against the plaintiffs son that was worn into the plaintiffs residence by an unregistered and unreliable informant who name is Shannon Maurice Barnes for John Doe, Records officers of the Mount Vernon police Department narcotics unit and Jefferson county sheriff Department narcotics unit,and John Doe, Records officers of the Federal Bureau of investigations without judicial approval from a judge establishing probable cause,this

constitutes a violation of the plaintiffs constitutional rights under the fourth amendment against unreasonable searches and seizures, Exam and the Illinois eavesdropping laws 720 ILCS 5/14) and Federal eavesdropping under 18 U.S. Code § 2511.

- 
- On February 28th,2024 acting as the chief states attorney of Jefferson County and under color of law, Defendant Featherstun approved an 24 hour illegal eavesdropping device that was worn into the plaintiffs residence by an unregistered and unreliable informant who name is Shannon Maurice Barnes for John Doe, Records officers of the Mount Vernon police Department narcotics unit and Jefferson county sheriff Department narcotics unit,and John Doe, Records officers of the Federal Bureau of Investigations without a judicial approval from a judge establishing probable cause,this constitutes a violation of the plaintiffs constitutional rights under the fourth amendment against unreasonable searches and seizures, reasonable Expectation of privacy and a violation of the Illinois eavesdropping law 720 ILCS 5/14) Federal eavesdropping Statute under 18 U.S. Code § 2511.

40.The plaintiff is the mother of Russell A.Brown the former client of Defendant Featherstun who Defendant Featherstun once represented and signed the illegal eavesdropping device against that was worn into plaintiff residence.

Defendant Featherstun signed the illegal eavesdropping device application against the plaintiff son which violates the plaintiffs rights too

- This constitutes a violation of the Illinois eavesdropping laws under(720 ILCS 5/14) Federal eavesdropping Statute under 18 U.S. Code § 2511.
- 
- This constitutes a Violation of the Plaintiff Fourth Amendment of the U.S. Constitution and Article I, Section 6 of the Illinois Constitution protect against unreasonable searches and seizures.
- 
- On march 05,2024 John Doe Records officers of Mount Vernon police Department, John Doe, Records officers of the Jefferson county sheriff department,John Doe,Records officers of the Federal bureau of investigation,and John Doe,Records officers of the U.S Marshal service acted under the color of law without no valid search warrant conducted and executed an illegal search on the plaintiffs residence located at 800 south 23rd street mount Vernon,Illinois.
- 
- During the search of the plaintiff home items were seized, and a large amount of U.S.currency in the amount of [$12,149.00] was also seized from the plaintiff son at the residence illegally violating the plaintiff constitutional rights under the fourth amendment unreasonable searches & seizures.
- 

- The plaintiff was never given a copy of a Search warrant upon entry of the plaintiff home and plaintiff had to go to the Mount Vernon Police Department on March 05,2024 to receive a copy of the search
- warrant
-

IV. CLAIMS FOR RELIEF

COUNT I – Fourteenth Amendment Due Process Violation (Fabrication of Evidence)

Defendants Featherstun ,Page,Koontz,Jackson,Herzing,Bullard,John Doe,Records officers of the Mount Vernon police department,John Doe,Records officers of the Jefferson County Sheriff Department,John Doe,Records officers of the Federal Bureau of investigation violated Plaintiff's constitutional rights by

fabricating false evidence.

Cited Authorities: Brady v. Maryland, 373 U.S. 83 (1963); Mooney v. Holohan, 294 U.S. 103

(1935); Fields v. Wharrie, 740 F.3d 1107 (7th Cir. 2014).

Strickland v. Washington, 466 U.S. 668 (1984).

COUNT III – Illegal eavesdropping

19. Plaintiff has reviewed her son controlled buy videos and all three videos from July 2023.October 2023 and February 2024 that were used inside the plaintiffs home,Shows the plaintiff conversations and company in the videos, the videos were only authorized by the states attorney Sean Featherstun and not the judge

violation of the fourth amendment under illegal eavesdropping and the Illinois Criminal Code, 720 ILCS 5/14-1 et seq.

See ***Katz v. U.S.*** **(1967)**

See ***People v. Clark*** **and** ***People v. Melongo*****(Illinois, 2014)**

**Violation of the federal eavesdropping laws Electronic Communications Privacy Act (ECPA)**

50 U.S.C. § 1809

COUNT V – Fraud and Misrepresentation

21. Defendants Featherstun,Page,Koontz,Jackson,Bullard,Herzing, knowingly allowed their Officers in the Department narcotics unit and the Federal Bureau Of Investigations to commit fraud by presenting a false charge using unreliable confidential informant name Shannon M. Barnes to wear the eavesdropping device inside the plaintiff home to catch the plaintiff son and the plaintiff has seen herself on the controlled buy videos and has copies and plaintiff didn't give consent to being recorded inside her home.

## V. DAMAGES

22. Plaintiff suffered exposure,illegal eavesdropping,

emotional distress, reputational harm from the search of plaintiffs home,and property damage

and financial losses. Plaintiff seeks $ 5,000,000 in

compensatory and punitive damages, plus attorney's fees and costs pursuant to 42 U.S.C. §

1988.

## VI. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Enter judgment in Plaintiff's favor;

b. Award compensatory and punitive damages in the amount of $5,000,000;

c. Award reasonable attorney's fees and costs under 42 U.S.C. § 1988;

d. Order such other and further relief as this Court deems just and proper;

e. Trial by jury on all issues so triable.

## VII. VERIFICATION

I, Jacqueline M.Brown, being first duly sworn, depose and state under penalty of perjury pursuant to

28 U.S.C. § 1746 that the facts stated in this Complaint are true and correct to the best of my

knowledge, information, and belief.

Executed on this 05 day of November, 2025.

______________________________

Respectfully submitted,

Jacqueline M.Brown

Plaintiff *Jacqueline M. Brown*

Date *11-05-2025*

800 south 23rd street

Mount Vernon, IL 62864

Telephone: (618) 316-9138

Email: russ_b22@yahoo.com

VIII. CERTIFICATE OF SERVICE

I certify that on this *05* day of *November*, 2025, I caused a true and correct copy of this

Complaint, together with all exhibits, to be served upon the named Defendants by [method by hand or by u.s.mail

of service].

__________________________________

Jacqueline M.Brown Plaintiff

800 south 23rd street

Mount Vernon, IL 62864Telephone: (618) 204-4673

Jacqueline Brown
800 South 23rD st
Mt.vernon, IL 62864



Clerk
united States District Court
750 Missouri Ave,
East St.Louis, IL 62201

MAIL CLEARED US MARSHALS



RECEIVED
NOV 10 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE